UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-6953

**~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER**

The Court has considered Plaintiff's application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion to Show Cause") an~~d the oral arguments made at the hearin~~g. Based on the papers, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

**FACTUAL FINDINGS & CONCLUSIONS OF LAW**

1. Plaintiff is likely to prevail on its trademark infringement claims at trial against Defendants. Defendants are listed on Schedule A to the Complaint, which shall also be attached hereto as Schedule A.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

   a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's trademarks, including Plaintiff's U.S. Trademark Registration Nos. 917,618; 4,203,258; 4,407,484; 4,580,441;

4,849,244; 4,861,744; 5,085,223; 5,203,630; 6,175,446; 6,259,202; and 6,705,395 (collectively, the "MILWAUKEE Marks"), in connection with the systematic advertisement, distribution, offering for sale, and sale of infringing products (the "Infringing Products") into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace and payment platforms including PayPal and Shop Pay held by Defendants (the "User Account(s)").

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to the MILWAUKEE Marks.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with the MILWAUKEE Marks if a preliminary injunction order is not issued.

4. Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

**ORDER**

The injunctive relief previously granted in the Temporary Restraining Order (the "TRO") shall remain in place through the pendency of this action, and issuing this preliminary injunction order (this "Order") is warranted under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a). Based on the foregoing, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

2. Because sufficient cause has been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct during the pendency of this action or until further order of the Court:

a. manufacturing, importing, possessing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, importing, advertising, offering for sale, selling, reproducing, or distributing any goods utilizing the MILWAUKEE Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the MILWAUKEE Marks on or in connection with any online seller account, storefront name, or identifier ("Seller Aliases") that any Defendant may own, operate, or control on any marketplace;

e. any and all use of the MILWAUKEE Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any marketplace;

f. altering, disabling, closing, or transferring ownership of any Seller Alias on any marketplace, or creating any new Seller Alias or account on any marketplace for the purpose of, or that results in, engaging in any conduct prohibited by this Order, during the pendency of this action, or until further Order of the Court.

**Asset Restraint**

3. Because sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, Financial Institutions: (i) PayPal, Inc. ("PayPal"), (ii) ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively, "TikTok"), and (iii) Shopify Inc. ("Shopify," including Shop Pay) (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets"), and shall locate, attach, and restrain the transfer or disposal of monies, funds, or assets from Defendants' Accounts and Defendants' Assets until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

4. Because sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control): (i) identifying information for Defendants, including all available contact information

(which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution; (ii) any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint, which shall also be attached hereto; and (iii) information concerning any of Defendants' Accounts or Defendants' Assets, including any and all related, connected, or otherwise associated accounts or assets, regardless of the hosting platform or institution.

5. Because sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York, and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**<u>Service by Electronic Mail and/or Electronic Publication</u>**

6. Pursuant to Fed. R. Civ. P. 4(f)(3), because sufficient cause has been shown, service of this Order and the Summons and Complaint may be made on and shall be deemed effective as to Defendants and third parties if it is completed by the following means:

a. Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in this action by Plaintiff (the "Link"), to Defendants' e-mail

addresses as provided by the Financial Institutions, or, if they are unable to provide e-mail addresses, to the Financial Institutions to send to Defendants via their internal messaging systems of the applicable online marketplace platform. Service shall be made within forty-eight (48) hours of the date of this Order.

**Security Bond**

7. The $25,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

8. Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff, supported by a memorandum of law and any supporting declarations, or on shorter notice as set by this Court. Plaintiff shall have seven (7) days from receipt of such motion to file opposition papers.

John G. Koeltl

9/22/26.

John G. Koeltl, U.S.D.J.
UNITED STATES DISTRICT JUDGE

**SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ABC battery | TikTok | abc-battery |
| 2 | Artisan Hardware | TikTok | artisan-hardware |
| 3 | Aurum Works | TikTok | aurum-works |
| 4 | Brighter LEDs | TikTok | brighter-leds |
| 5 | Buildix Too | TikTok | buildix-too |
| 6 | BXiaoTian-Tools | TikTok | bxiaotian-tools |
| 7 | Caoyuans-tools | TikTok | caoyuans-tools |
| 8 | Caoyzhi-tools | TikTok | caoyzhi-tools |
| 9 | ChenXi-Tools | TikTok | chenxi-tools |
| 10 | Chic Fashion life | TikTok | chic-fashion-life |
| 11 | Core Tools | TikTok | core-tools |
| 12 | CoreHardware US | TikTok | corehardware-us |
| 13 | cuicui-tools | TikTok | cuicui-tools |
| 14 | Cute Mug Co | TikTok | cute-mug-co |
| 15 | dfdfxashop | TikTok | dfdfxashop |
| 16 | Dleouly Neon Sign | TikTok | dleouly-neon-sign |
| 17 | EverbrightWay | TikTok | everbrightway |
| 18 | Explore Graphic Co | TikTok | explore-graphic-co |
| 19 | Finn Shop | TikTok | finn-shop |
| 20 | ForceMax Tools | TikTok | forcemax-tools |
| 21 | FYXSHOP | TikTok | fyxshop |
| 22 | Glade Spark Tools | TikTok | glade-spark-tools |
| 23 | GOOD NEON | TikTok | good-neon |
| 24 | GuoQi-Tools | TikTok | guoqi-tools |
| 25 | Hela POD | TikTok | hela-pod |
| 26 | Hengo Hardware | TikTok | hengo-hardware |
| 27 | HongYan-Tools | TikTok | hongyan-tools |
| 28 | HQ battery | TikTok | hq-battery |
| 29 | Ink Style | TikTok | ink-style |
| 30 | InnoCase | TikTok | innocase |
| 31 | Iron Sprint | TikTok | iron-sprint |
| 32 | IronCore Hardware | TikTok | ironcore-hardware |
| 33 | Jianqunz-tools | TikTok | jianqunz-tools |
| 34 | JingLi-Tools | TikTok | jingli-tools |
| 35 | JuneLynn | TikTok | junelynn |
| 36 | Kinetix-B | TikTok | kinetix-b |
| 37 | LED SIGN | TikTok | led-sign |
| 38 | LH store shop | TikTok | lh-store-shop |
| 39 | LHT STORE SHOP | TikTok | lht-store-shop |
| 40 | limiery-tools | TikTok | limiery-tools |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 41 | LKISSHOP | TikTok | lkisshop |
| 42 | LX Lighting Shop | TikTok | lx-lighting-shop |
| 43 | Niko Mart | TikTok | niko-mart |
| 44 | Nwy-tools | TikTok | nwy-tools |
| 45 | PendoCloth | TikTok | pendocloth |
| 46 | PinePact Outfit | TikTok | pinepact-outfit |
| 47 | Pinsure Hardware | TikTok | pinsure-hardware |
| 48 | Power Pals Co. | TikTok | power-pals-co |
| 49 | Power Super toolbox | TikTok | power-super-toolbox |
| 50 | ProTrade Gear | TikTok | protrade-gear |
| 51 | Qianming battery | TikTok | qianming-battery |
| 52 | Renjie-tools | TikTok | renjie-tools |
| 53 | RI Parttools | TikTok | ri-parttools |
| 54 | ShangJun-Tools | TikTok | shangjun-tools |
| 55 | shuoK-tools | TikTok | shuok-tools |
| 56 | tangxery-tools | TikTok | tangxery-tools |
| 57 | Tool Master Pro | TikTok | tool-master-pro |
| 58 | Toolux | TikTok | toolux |
| 59 | TrailBlaze outdoors | TikTok | trailblaze-outdoors |
| 60 | TrueTurn | TikTok | trueturn |
| 61 | Vivid Print Studio | TikTok | vivid-print-studio |
| 62 | W tool store | TikTok | w-tool-store |
| 63 | WangHan-Tools | TikTok | wanghan-tools |
| 64 | WangShuang-Tools | TikTok | wangshuang-tools |
| 65 | Wmanyu-tools | TikTok | wmanyu-tools |
| 66 | wmx-tools | TikTok | wmx-tools |
| 67 | Wtian-tools | TikTok | wtian-tools |
| 68 | Wwxuan-tools | TikTok | wwxuan-tools |
| 69 | Xuanchi-tools | TikTok | xuanchi-tools |
| 70 | xuyongheee-shop | TikTok | xuyongheee-shop |
| 71 | YanGuo-Tools | TikTok | yanguo-tools |
| 72 | ZhengYan-Tools | TikTok | zhengyan-tools |
| 73 | ZhiChao-Tools | TikTok | zhichao-tools |
| 74 | zhjte-tools | TikTok | zhjte-tools |
| 75 | Zixiang hardware | TikTok | zixiang-hardware |
| 76 | ZY hardware tool | TikTok | zy-hardware-tool |