USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

**ORDER**

26-CV-6953 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 23, 2026 this case was referred to the undersigned for general pretrial, including settlement. ECF No. 39.

A conference is scheduled on **November 12, 2026** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 395 731 190#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge