USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

**ORDER**

26-CV-6953 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion asking to adjourn the November 12, 2026 pre-settlement conference. ECF No. 43. The request is **GRANTED**. The conference scheduled for November 12, 2026 is adjourned *sine die*. *See* ECF No. 41. If circumstances change, the parties should file a letter motion on the docket asking to schedule a settlement conference.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 43 as **GRANTED**.

**SO ORDERED.**

Dated: November 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge